UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY S. JACKSON, individually and
on behalf of all others similarly situated,

    Plaintiff

-vs-

TRINITY HEALTH CORPORATION, and
HEALTH GORILLA INC.,

    Defendants

Case No. 2:26-cv-10948-SDK-KGA

Hon. Shalina D. Kumar

Mag. Judge Kimberly G. Altman

## STIPULATED ORDER

Based upon the parties' stipulation, the court extends the deadline for HEALTH GORILLA INC. to respond to the Class Action Complaint (ECF No. 1) from April 14, 2026, to June 15, 2026.

IT IS SO ORDERED.

s/Shalina D. Kumar
Shalina D. Kumar
U.S. District Court Judge

Date: May 4, 2026

Agreed to by:

EDELSON LECHTZIN LLP

By: /s/ Jeffrey M. Thomson (w/permission)
    Marc H. Edelson
    *Attorneys for Plaintiff Jeffrey S. Jackson*

WILSON ELSER MOSKOWITZ
  EDELMAN AND DICKER LLP

By: /s/ William S. Cook
    William S. Cook (P68934)
    *Attorneys for Defendant Health Gorilla Inc.*